# Exhibit 2



**SAMSANA**
GROUP

SAMSANA GROUP - 322 8TH AVE   NEW YORK, NY 10001   646-779-1836

**INVOICE**

**Contact Info**

| | | | |
|---|---|---|---|
| Customer | Early Upgrade | Invoice number | 155680 |
| Contact Name | Simon Levin | Invoice date * | 7/20/2015 |
| | | Due date | |
| | | Currency | USD |

| Item name * | Description | Quantity * | Unit price * | Amount | Taxable |
|---|---|---|---|---|---|
| iPhone 5 | iPhone 5 PUG | 1539 | $140.00 | $215,460.00 | No |
| iPhone 5C | iPhone 5C PUG | 1666 | $132.50 | $220,745.00 | No |
| iPhone 5S | iPhone 5S PUG | 2735 | $230.00 | $629,050.00 | No |

**Notes:**

70-80% are Verizon | AT&T | Unlocked.

3-5% iCloud and Touch ID able to return.

| | | |
|---|---|---|
| Subtotal | | $1,065,255.00 |
| Down Payment | $0.00 | $0.00 |
| Shipping | $0.00 | $0.00 |
| Shipping taxable? | Yes | |
| Sales tax rate | 0.00% | $0.00 |
| **Total** | | **$1,065,255.00** |

**Wire Instructions**

(IF IN U.S. CURRENCY ONLY)
For U.S. Currency wires;
Wire to : TD Bank, N.A.
BIC/Swift Code: NRTHUS33XXX
Bank Address: TD BANK, N.A. 6000 Atrium Way Mount Laurel, NJ 08054, USA
In Favor of:
Account number 4317899940
Beneficiary Full Name: Samsana Group LLC
Beneficiary Address: 322 8th Avenue, Floor 12A
New York, NY 10001

(FOR INTERNATIONAL CURRENCIES)
Wire to: The Toronto-Dominion Bank
Swift code: TDOMCATTTOR
The Toronto-Dominion Bank, Toronto, Ontario, Canada, M5K 1A2
In Favor of:
Account number 4317899940
Beneficiary Full Name: Samsana Group LLC
Beneficiary Address: 322 8th Avenue, Floor 12A
New York, NY 10001

Contact Info Invoice number

155680

Customer Early Upgrade Invoice date *

Contact Name Simon Levin Due date

Currency

USD

Item name * Description Quantity * Unit price * Amount Taxable

iPhone 5 iPhone 5 PUG 1539 $140.00 $215,460.00 No

iPhone 5C iPhone 5C PUG 1666 $132.50 $220,745.00 No

iPhone 5S iPhone 5S PUG 2735 $230.00 $629,050.00 No

Notes:

Subtotal $1,065,255.00

70-80% are Verizon | AT&T | Unlocked.

Down Payment $0.00 $0.00

3-5% iCloud and Touch ID able to return.

Shipping $0.00 $0.00

Shipping taxable? Yes

Sales tax rate 0.00% $0.00

## Total

(IF IN U.S. CURRENCY ONLY) For U.S. Currency wires; Wire to : TD Bank, N.A. BIC/Swift Code: NRTHUS33XXX Bank Address: TD BANK, N.A. 6000 Atrium Way Mount Laurel, NJ 08054, USA In Favor of: Account number 4317899940 Beneficiary Full Name: Samsana Group LLC Beneficiary Address: 322 8th Avenue, Floor 12A New York, NY 10001

(FOR INTERNATIONAL CURRENCIES) Wire to: The Toronto-Dominion Bank Swift code: TDOMCATTTOR The Toronto-Dominion Bank, Toronto, Ontario, Canada, M5K 1A2 In Favor of: Account number 4317899940 Beneficiary Full Name: Samsana Group LLC Beneficiary Address: 322 8th Avenue, Floor 12A New York, NY 10001

7/20/2015

# Wire Instructions

**$1,065,255.00**