# INVICE

11250 Old St Augustine Rd
Ste 15248
Jacksonville, FL 32257

| | |
|---|---|
| DATE: | 7/24/2015 |
| INVOICE: | vl72415 |

322 8th ave new york,ny

**Contact Person:**

Simon Levin          efrain rosario
mrsellphones@gmail.com   efrain@samsana.com
1-904-252-5588        johnl@samsana.com
Fax. +852-2561-2423

**Payment to be made to:**     **Bank Address: Bank Of AMERICA**

Levin Corp.
Account Number:898057169591
Routing Number: 026009593
Swift Code: us currency BOFAUS3N
swift code: foreign currency :BOFAUS6S

| Item Description | Price | Quanitity | Total |
|---|---|---|---|
| bad touch id 5s difference | $95 | 228 | $21,660 |
| bad lcd 5s difference | $40 | 146 | $5,840 |
| no power 5s difference | $165 | 342 | $56,430 |
| wont restore after chargeport repair 5s diff | $165 | 280 | $46,200 |
| | | | $0 |
| no power ip5 | $110 | 77 | $8,470 |
| bad lcd | $23 | 40 | $920 |
| wont restore after repair | $110 | 242 | $26,620 |
| | | | $0 |
| ip5c no power | $110 | 120 | $13,200 |
| ip5c bad lcd | $40 | 54 | $2,160 |

| | | | |
|---|---|---|---|
| ip5c wont restore after repair | $110 | 223 | $24,530 |
| | | | $0 |
| random issues from first inspection at valor | $50 | 70 | $3,500 |
| | | **1,822** | **$209,530** |

**Credit Owed:**

_____

**PAYMENT DUE:** **$209,530**